**PERKINS COIE LLP**
Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Lauren Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorney for Plaintiff
GREGG WILLIAMS, solely in his capacity as court appointed Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGG WILLIAMS, solely in his capacity as court appointed Receiver pursuant to that certain Order Appointing Receiver and Granting Preliminary Injunction in Aid of Receiver entered on July 15, 2022 in the Superior Court of the State of California, County of San Francisco, as successor-in-interest to 166 Geary Street Retail Owner LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LA PERLA NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM | Case No. 3:23-cv-01633<br><br>**PLAINTIFF AND COUNTER-DEFENDANT GREGG WILLIAMS' OBJECTIONS TO DEFENDANT AND COUNTER-CLAIMANT LA PERLA NORTH AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:      Hon. Jacqueline Scott Corley<br>Date:       July 13, 2023<br>Time:       10:00 a.m.<br>Courtroom: 8 |

Defendant and Counter-Plaintiff La Perla North America, Inc. ("La Perla") requests the Court take judicial notice of five documents submitted by La Perla in support of its Opposition to Plaintiff and Counter-Defendant Gregg Williams' ("Counter-Defendant" or "Landlord") Motion to Dismiss.  *See* ECF No. 20 ("RJN").  The five documents submitted by La Perla are not the proper subject of judicial notice, and La Perla's RJN should be denied.

I.  **LEGAL STANDARD**

As a general rule, the Court may not consider any material beyond the pleadings in a Rule 12(b)(6) motion.  *Lee v. City of L.A.*, 250 F.3d 668, 688 (9th Cir. 2001).  The Court's "inquiry [on a motion to dismiss] is limited to the allegations in the complaint." *Lazy Y Ranch Ltd. v. Behrens*, 546 F.3d 580, 588 (9th Cir. 2008).  A limited exception exists for adjudicative facts that are "not subject to reasonable dispute" and that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Regarding public records, "only the existence of the documents themselves including the findings therein are judicially noticeable, and not the contents of the documents for the truth of the matters asserted." *Cal. Sportfishing Protection Alliance v. Shiloh Grp., LLC*, 268 F. Supp. 3d 1029, 1038 (N.D. Cal. 2017) (citations omitted).  Additionally, the Court "may generally take judicial notice of news articles, but it may only do so to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *Nguyen v. Stephens Inst.*, 529 F. Supp. 3d 1047, 1053 (N.D. Cal. 2021) (quoting *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010)); *see also Bland v. Moffett,* 2022 WL 4072861, at *2 (E.D. Cal. Sept. 2, 2022) (denying judicial notice of news article because "a news article is not an 'adjudicative fact'").

II.  **ARGUMENT**

Landlord objects to judicial notice of Exhibits 1–5 attached to La Perla's RJN because they are not the proper subject of judicial notice.  *First,* La Perla filed Exhibits 1–5 in support of its Opposition to Landlord's Motion to Dismiss for failure to state a claim.  On a motion to dismiss, the Court's "inquiry is limited to the allegations in the complaint." *Lazy Y Ranch Ltd.*, 546 F.3d at 588.  The Court need not take judicial notice of Exhibits 1–5 in order to resolve

Landlord's Motion to Dismiss. *See, e.g.*, *Nguyen*, 529 F. Supp. 3d at 1053 (denying judicial notice of documents that are "irrelevant" and "unnecessary" to "resolve the motion to dismiss"). Landlord's challenges La Perla's counterclaims in the Motion to Dismiss are limited solely to the legal sufficiency of La Perla's counterclaims, and Exhibits 1–5 are irrelevant to the Court's inquiry.

*Second,* while the Court may take judicial notice of public filings, La Perla seeks judicial notice of Exhibit 1 for the improper purpose of establishing its "legal effect," *i.e.*, that Landlord terminated the Lease. *See Shay v. Apple Inc.*, 512 F. Supp. 3d 1066, 1075 (S.D. Cal. 2021) (taking judicial notice of the fact that the document exists and declining "to consider the legal effect" of the document). The purported "legal effect" of Exhibit 1 is not the proper subject of judicial notice, is not proper at the motion to dismiss stage, and is disputed by Landlord.

*Third,* judicial notice of news articles is limited to the existence of that article, not the truth of its contents. "A court may generally take judicial notice of news articles, but it may only do so to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *Nguyen*, 529 F. Supp. 3d at 1053 (denying request for judicial notice of news articles); *see also Bland,* 2022 WL 4072861, at *2 (denying request for judicial notice of news article because "a news article is not an 'adjudicative fact'"). La Perla seeks judicial notice of news articles about crime and homelessness in San Francisco, California, in Exhibits 2–5 for the improper purpose of the truth and accuracy of their content. *See Shay*, 512 F. Supp. 3d at 1075. However, the contents of those news articles are subject to reasonable dispute and may not be judicially noticed. *See* Fed. R. Evid. 201(b); *see also Hadley v. Kellogg Sales Co.*, 243 F. Supp. 3d 1074, 1086 (N.D. Cal. 2017) ("[T]o the extent any facts in documents subject to judicial notice are subject to reasonable dispute, the Court will not take judicial notice of those facts."). Landlord disputes the truth and accuracy of the contents of those news articles, and thus judicial notice should be denied.

For the Court's ease of reference, below is a chart of Landlord's objections to each exhibit attached to La Perla's Request for Judicial Notice:

| Exhibit | Grounds for Objection |
|---|---|
| **1:** Unlawful Detainer Complaint filed by Landlord against La Perla on February 13, 2023, in San Francisco Superior Court ("UD Complaint") | • **Irrelevant and inadmissible.** It is not appropriate or necessary to consider this document or its contents at the motion to dismiss stage, which is limited to testing the legal sufficiency of the counterclaims. *Lazy Y Ranch Ltd.*, 546 F.3d at 588; *see also Nguyen*, 529 F. Supp. 3d at 1053.<br>• **Improper Purpose.** La Perla seeks judicial notice of this document for the improper purpose of its purported "legal effect" relating to "termination" of the Lease. *See Shay*, 512 F. Supp. 3d at 1075. |
| **2:** December 1, 2021 news article published by Business Insider | • **Irrelevant and inadmissible.** It is not appropriate or necessary to consider this document or its contents at the motion to dismiss stage, which is limited to testing the legal sufficiency of the counterclaims. *Lazy Y Ranch Ltd.*, 546 F.3d at 588; *see also Nguyen*, 529 F. Supp. 3d at 1053.<br>• **Improper Purpose.** La Perla seeks judicial notice of this document for the improper purpose of its purported "legal effect." *See Shay*, 512 F. Supp. 3d at 1075.<br>• **Reasonable Dispute.** La Perla seeks judicial notice of this document for the improper purpose of the "truth" or "accuracy" of its contents, which are subject to reasonable dispute. *See* Fed. R. Evid. 201(b); *Nguyen*, 529 F. Supp. 3d at 1053.<br>• **Hearsay.** This document relies upon statements purportedly made by others, which are offered for their truth. Fed. R. Evid. 802. |
| **3:** December 11, 2021 news article published by U.S. News | • **Irrelevant and inadmissible.** It is not appropriate or necessary to consider this document or its contents at the motion to dismiss stage, which is limited to testing the legal sufficiency of the counterclaims. *Lazy Y Ranch Ltd.*, 546 F.3d at 588; *see also Nguyen*, 529 F. Supp. 3d at 1053.<br>• **Improper Purpose.** La Perla seeks judicial notice of this document for the improper purpose of its purported "legal effect." *See Shay*, 512 F. Supp. 3d at 1075.<br>• **Reasonable Dispute.** La Perla seeks judicial notice of this document for the improper purpose of the "truth" or "accuracy" of its contents, which are subject to reasonable dispute. *See* Fed. R. Evid. 201(b); *Nguyen*, 529 F. Supp. 3d at 1053.<br>• **Hearsay.** This document relies upon statements purportedly made by others, which are offered for their truth. Fed. R. Evid. 802. |
| **4:** May 10, 2022 news article published by | • **Irrelevant and inadmissible.** It is not appropriate or necessary to consider this document or its contents at the motion to dismiss stage, which is limited to testing the legal |

| | | |
|---|---|---|
| California On Your Mind | | sufficiency of the counterclaims. *Lazy Y Ranch Ltd.*, 546 F.3d at 588; *see also Nguyen*, 529 F. Supp. 3d at 1053. |
| | • | **Improper Purpose.** La Perla seeks judicial notice of this document for the improper purpose of its purported "legal effect." *See Shay*, 512 F. Supp. 3d at 1075. |
| | • | **Reasonable Dispute.** La Perla seeks judicial notice of this document for the improper purpose of the "truth" or "accuracy" of its contents, which are subject to reasonable dispute. *See* Fed. R. Evid. 201(b); *Nguyen*, 529 F. Supp. 3d at 1053. |
| | • | **Hearsay.** This document relies upon statements purportedly made by others, which are offered for their truth. Fed. R. Evid. 802. |
| **5:** May 18, 2023 news article by DailyMail.com | • | **Irrelevant and inadmissible.** It is not appropriate or necessary to consider this document or its contents at the motion to dismiss stage, which is limited to testing the legal sufficiency of the counterclaims. *Lazy Y Ranch Ltd.*, 546 F.3d at 588; *see also Nguyen*, 529 F. Supp. 3d at 1053. |
| | • | **Improper Purpose.** La Perla seeks judicial notice of this document for the improper purpose of its purported "legal effect." *See Shay*, 512 F. Supp. 3d at 1075. |
| | • | **Reasonable Dispute.** La Perla seeks judicial notice of this document for the improper purpose of the "truth" or "accuracy" of its contents, which are subject to reasonable dispute. *See* Fed. R. Evid. 201(b); *Nguyen*, 529 F. Supp. 3d at 1053. |
| | • | **Hearsay.** This document relies upon statements purportedly made by others, which are offered for their truth. Fed. R. Evid. 802. |

### III. CONCLUSION

For all the foregoing reasons, Landlord respectfully requests that the Court grant its objections and deny La Perla's Request for Judicial Notice.

Dated:  June 23, 2023                                **PERKINS COIE LLP**

                                                                    By: */s/Oliver M. Gold*
                                                                              Oliver M. Gold

                                                                    Attorney for Plaintiff
                                                                    GREGG WILLIAMS, solely in his capacity as court appointed Receiver